UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EC EDWARD COBB,<br><br>                Petitioner,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Respondents. | Case No. C20-0608-JCC-MAT<br><br>REPORT AND RECOMMENDATION |

Petitioner initiated this 28 U.S.C. § 2241 habeas action *pro se* while he was a state prisoner housed at the Monroe Correctional Complex in Monroe, Washington.[1] Upon screening, the Court determined that because Petitioner was a state prisoner, he must proceed, if at all, under 28 U.S.C. § 2254. (Dkt. 10.) As the Court explained, the Ninth Circuit has held that "§ 2254 is the exclusive vehicle for a habeas petition by a state prisoner in custody pursuant to a state court judgment, even when the petitioner is not challenging his underlying state court conviction." *White v. Lambert*, 370 F.3d 1002, 1009-10 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc). The Court granted Petitioner leave to file a § 2254 habeas

---

[1] He has since been released on supervision.

REPORT AND RECOMMENDATION - 1

petition by August 31, 2020, and notified him that failure to do so would result in dismissal of this action for failure to state a claim upon which relief may be granted. (Dkt. 10 at 3.)

Two days after the Court issued its order granting Petitioner leave to amend, the copy of the order that was mailed to Petitioner at the Monroe Correctional Complex was returned to the Court undelivered. (Dkt. 11.) The Clerk obtained an updated address for Petitioner and resent the order to him. (*See id.*) On August 6, 2020, the Clerk's office received a telephone call from Petitioner inquiring about the status of his case. The Clerk informed him that the Court's order had been re-sent to him on July 31, 2020, and confirmed that his new address was correct.

To date, Petitioner has not filed a § 2254 habeas petition. Accordingly, because Petitioner's original petition failed to state a claim upon which relief may be granted, the Court recommends that Petitioner's habeas petition be DENIED and this action be DISMISSED with prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted as immediately ready for the District Judge's consideration. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 16, 2020**.

Dated this 23rd day of September, 2020.

Mary Alice Theiler
United States Magistrate Judge