THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EC EDWARD COBB,

                       Petitioner,

      v.

DEPARTMENT OF CORRECTIONS, *et al.*,

                      Respondents.

CASE NO. C20-0608-JCC

ORDER

       This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 35). Having thoroughly considered the R&R and the relevant record, the Court ADOPTS the R&R (Dkt. No. 35) and DISMISSES Petitioner EC Edward Cobb's 28 U.S.C. § 2254 petition for a writ of habeas corpus (Dkt. No. 20) without prejudice. The Court DIRECTS the Clerk to send copies of this Order to the parties and to Judge Vaughan.

       DATED this 26th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE