THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EC EDWARD COBB, | CASE NO. C20-0608-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court is in receipt of Petitioner Edward Cobb's motion for a continuance. (Dkt. No. 43.) This habeas case was closed on July 26, 2021, in accordance with the Order adopting the report and recommendation of the Magistrate Judge. (Dkt. No. 38.) In his current motion, Mr. Cobb appears to be seeking leave to refile a separate Section 1983 claim. (*See generally* Dkt. No. 43.) To the extent Mr. Cobb is seeking a continuance relating to his habeas case, the Court DENIES the motion as untimely. To the extent Mr. Cobb is seeking a continuance relating to his Section 1983 case (C20-0607), the Honorable Barbara J. Rothstein, United States Magistrate Judge, denied that request on October 3, 2023. *See Cobb v. S. Corr. Entity, et al.*, Case No. 2:20-cv-0607-BJR, Dkt. Nos. 47, 49 (W.D. Wash. 2023).

DATED this 17th day of October 2023.

Ravi Subramanian<br>
Clerk of Court

s/Samantha Spraker<br>
Deputy Clerk

MINUTE ORDER
C20-0608-JCC
PAGE - 2